IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HER RESILIENCY CENTER, INC., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | No. 1:26-cv-582 |
| | * | |
| WES MOORE, *et al.*, | | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

The Defendants, by their undersigned counsel, hereby give notice, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, of the removal of this action from the Circuit Court for Baltimore City, Maryland, to the United States District Court for the District of Maryland.

The Defendants include, and this Notice of Removal is filed on behalf of, Wes Moore, in his individual capacity and in his official capacity as Governor of Maryland, Dorothy Lennig, in her individual capacity and in her official capacity as Executive Director of the Governor's Office of Crime Prevention and Policy, and the State of Maryland.

The grounds for removal are as follows:

1. Plaintiffs filed a 25-count Complaint (the "Complaint") in the Circuit Court for Baltimore City, Maryland, on October 29, 2025. Plaintiffs served the complaint and summons on the three defendants on January 13, 2026. The complaint and three

summonses are attached as Exhibits 1, 2, 3, and 4. The case information sheet is attached as Exhibit 5, and the Baltimore City Circuit Court docket report is attached as Exhibit 6.

2.  Plaintiffs assert both federal and state law causes of action. In Counts 19, 20, 23, 24, and 25, Plaintiffs assert federal claims arising under 42 U.S.C. § 1983. *See* Complaint at ¶¶ 273-99, 322-51. The other counts assert various state law causes of action.

3.  Under 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Therefore, this Court has original jurisdiction over the federal causes of action asserted in Counts 19, 20, 23, 24, and 25. The Court has supplemental jurisdiction over the state law causes of action pursuant to 28 U.S.C. § 1367.

4.  Because this Court has original jurisdiction under 28 U.S.C. § 1331, this action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

5.  Removal is timely under 28 U.S.C. §1446(b)(2). The three Defendants were served on January 13, 2026. Therefore, the deadline for removal is February 12, 2026. *See* 28 U.S.C. § 1446(b).

6.  Pursuant to Local Rule 103, true and legible copies of all process, pleadings, documents and orders which have been served upon the Defendants, as well as a copy of the Baltimore City Circuit Court docket sheet, are filed with this Notice of Removal. *See* Exhibits 1-6. Defendants will file with this Court, within 30 days, true and legible copies of all other documents then on file in the state court.

7.      Defendants will promptly file a copy of this notice with the Clerk of the Circuit Court of Baltimore City, as required by 28 U.S.C. §1446(d).

WHEREFORE, based on the foregoing, Defendants respectfully request that this Court accept this Notice of Removal, and accept jurisdiction over and docket this action in this Court.

.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Jeffrey S. Luoma

_____
JEFFREY S. LUOMA
Federal Bar No. 30791
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland  21202
jluoma@oag.maryland.gov
(410) 576-6441
(410) 576-6955 (facsimile)

February 12, 2026            Attorneys for Defendants the Honorable Wes Moore, Dorothy Lennig, and the State of Maryland.

3

4

## CERTIFICATE OF SERVICE

I certify that, on this 12th day of February, 2026, the foregoing was served by CM/ECF on registered users and by first-class mail and email on the following:


W. Timothy Sutton, Esquire
tim@nguyenroche.com
Nguyen Roche Sutton
6 East Eager Street
Baltimore, Maryland 21202

*Counsel for Plaintiff*

                                                        /s/ Jeffrey S. Luoma
                                                        _____
                                                        Jeffey S. Luoma