| | | |
|---|---|---|
| HER RESILIENCY CENTER, et al | * | IN THE |
| | * | UNITED STATES DISTRICT COURT |
| v. | * | FOR |
| WES MOORE, et al | * | THE DISTRICT OF MARYLAND |
| Defendant | * | CASE NO.: **1:26-cv-00582-BAH** |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## OPPOSITION TO MOTION TO DISMISS

Plaintiffs, HER Resiliency Center and Natasha Guynes, through undersigned counsel oppose the Defendants' Motion to Dismiss filed February 19, 2026. For reasons more fully stated in the accompanying Memorandum in Support of Opposition to Motion to Dismiss:

1. Certain claims are not barred by sovereign or statutory immunity;

2. The complaint states a claim upon which relief can be granted.

Respectfully submitted,

W. Timothy Sutton

**W. Timothy Sutton, Esquire**
Bar Number 27912
Nguyen Roche Sutton
6 E. Eager Street
Baltimore, Maryland 21202
410-812-1435
Email: tim@nguyenroche.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that on the 19th day of Mach, 2026, the foregoing was served by CM/ECF on all registered CMF

**W. Timothy Sutton, Esquire**
Bar Number 27912