HER RESILIENCY CENTER, et al    *    IN THE

                                          *    UNITED STATES DISTRICT COURT

v.                                       *    FOR

WES MOORE, et al                 *    THE DISTRICT OF MARYLAND

    Defendant                   *    CASE NO.: **1:26-cv-00582-BAH**

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

Upon consideration of Defendants' Motion to Dismiss, and any opposition and reply thereto, it is this _____ day of _____, 2026:

**ORDERED** that the Motion to Dismiss is DENIED;

**ORDERED** that the pursuant to the withdrawal by Plaintiffs Counts Counts I-III (violations of VOCA), Counts VII-IX (promissory estoppel), Counts X-XII (unjust enrichment), Counts XIII-XV (mandamus), Counts XXI-XXIII (unconstitutional conditions), and Counts XXIV-XXV (42 U.S.C. § 1983 Claim for Violation of VOCA), are **DISMISSED**; and

**ORDERED** that Defendants shall file an answer to the remaining counts.

_____
Brendan A. Hurson, District Judge