# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

HER RESILIENCY CENTER, ET AL     *

       Plaintiff,        *    Civil Action No.: 1:26-cv-00582-BAH

                       *

      v.                   *

                       *

WES MOORE, ET AL            *

       Defendants.       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF DEATH

Dear Clerk,

Pursuant to FRCP 25 notice is provided to the Court that on May 16, 2026, Plaintiff Natasha Guynes passed away in Baltimore, Maryland.

On July 13, 2026 an Estate for Natasha Guynes was opened in Baltimore City, Maryland Estate Number: 213157. The attorney for the estate is Jay Irwin Block, Esq., 10451 Mill Run Circle, Ste. 400, Owings Mills Maryland 21117. This Notice is being served upon him pursuant to FRCP 4.

Respectfully submitted,

_____*/s/*_____
W. Timothy Sutton, Bar No.: 27912
305 Washington Avenue, Suite 200
Towson, Maryland 21204
(410) 887-4420 (telephone)
(410) 296-0931 (facsimile)
Wsutton2@baltimorecountymd.gov
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August 2026, a copy of the foregoing Answer was served electronically on all parties and via certified first-class mail pursuant to FRCP 4 on:

Jay Irwin Block, Esq.
10451 Mill Run Circle, Suite 400
Owings Mills, Maryland 21117
Attorney for the Estate of Natasha Guynes

_____/s/_____
W. Timothy Sutton