**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| HER RESILIENCY CENTER, INC., ET AL., | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. 26-582-BAH |
| DOROTHY J. LENNIG ET AL., | * | |
| Defendants. | * | |

* * * * * * * * * * * * * *

## MODIFIED SCHEDULING ORDER

Having reviewed the parties' initial joint status report, ECF 21, the Court modifies the Scheduling Order, ECF 17, as follows:

I. Deadlines

| | |
|---|---|
| January 11, 2027: | Plaintiff's Rule 26(a)(2) disclosures |
| February 8, 2027: | Defendant's Rule 26(a)(2) disclosures |
| February 22, 2027: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| March 1, 2027: | Rule 26(e)(2) supplementation of disclosures and responses |
| March 26, 2027: | Discovery deadline; submission of status report |
| April 2, 2027: | Requests for admission |
| April 26, 2027: | Dispositive pretrial motions deadline |

II. Early Settlement/ADR Conference

The Court understands that the parties do not wish to be referred to a U.S. Magistrate Judge for a settlement conference at this time. Should that change, given that settlement conferences are typically scheduled months in advance, the parties are directed to alert the Court as soon as practicable when they believe referral for mediation would be useful.

III. Deposition Hours

The Court understands that the parties request additional deposition hours beyond those that the Scheduling Order, ECF 17, allowed. *See* ECF 21, at 3. The Court will approve the joint request for 25 hours per side at this time.

IV. Dismissal of Natasha Guynes

A notice of death for plaintiff Natasha Guynes ("Ms. Guynes") was filed on August 3, 2026. ECF 13. Federal Rule of Civil Procedure 25(a)(1) allows 90 days for the filing of a motion for substitution following a party's death. The 90 days have now elapsed and a motion for substitution has not been filed. Accordingly, Ms. Guynes "must be dismissed" from this case. Fed. R. Civ. P. 25(a)(1). The Clerk is hereby directed to DISMISS Ms. Guynes from this case.

Date: November 9, 2026

/s/
Brendan A. Hurson
United States District Judge